| | |
|---|---|
| 1 | BUCHALTER<br>A Professional Corporation<br>WILLMORE F. HOLBROW III (SBN: 169688)<br>wholbrow@buchalter.com<br>MATTHEW L. SEROR (SBN: 235043)<br>mseror@buchalter.com<br>SEAN M. CASEY (SBN: 179641)<br>scasey@buchalter.com<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Telephone: 213.891.0700 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | BUCHALTER<br>A Professional Corporation<br>DYLAN WISEMAN (SBN: 173669)<br>dwiseman@buchalter.com<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: 415.227.3546 |
| 8 | |
| 9 | |
| 10 | |
| 11 | Attorneys for Plaintiffs JERRY A. SPOLAR<br>and TONNY JILL WILLIAMSON |
| 12 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | | |
| 16 | JERRY A. SPOLAR, an individual;<br>TONNY JILL WILLIAMSON, an<br>individual, | Case No. 2:20-cv-8837 SVW (MAAx) |
| 17 | | **NOTICE TO DEFENDANTS TO FILE OPPOSITION TO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE NO LATER THAN 3:00 P.M. ON THE FIRST BUSINESS DAY SUCCEEDING THE DAY THE *EX PARTE* WAS SERVED** |
| 18 | Plaintiffs, | |
| | vs. | |
| 19 | | |
| 20 | DISCOVERY COMMUNICATIONS,<br>LLC, a Delaware limited liability<br>company; UNREALISTIC IDEAS, LLC,<br>a Delaware limited liability company;<br>PIECE OF WORK PRODUCTIONS,<br>LLC, a California limited liability<br>company; ARCHIE GIPS, an individual;<br>WHITNY BRAUN, an individual; JAMES<br>BRAUN, an individual; and DOES 1<br>through 25, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

BN 41921344v1

**NOTICE TO FILE OPPOSITION TO *EX PARTE* APPLICATION**

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

PLEASE TAKE NOTICE that Plaintiffs Jerry A. Spolar and Tonny Jill Williamson (collectively, "Plaintiffs") hereby provide notice that on September 28, 2020, Plaintiffs filed their *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause why a preliminary injunction should not issue.

Pursuant to Judge Stephen V. Wilson's Standing Order, Defendant Discovery Communications, LLC's opposing papers must be filed "not later than 3:00 p.m. on the first business day succeeding the day the ex parte was served." Standing Order, ¶ 5. If counsel are not going to oppose the *ex parte* application, counsel must inform the clerk at (213) 894-2881. *Id*. Counsel will be notified by the clerk of the Court's ruling. *Id*.

DATED:  September 28, 2020          BUCHALTER
                                    A Professional Corporation


                                    By: */s/ Willmore F. Holbrow III*
                                         WILLMORE F. HOLBROW III
                                         DYLAN WISEMAN
                                         MATTHEW L. SEROR
                                         SEAN M. CASEY
                                         Attorneys for Plaintiffs

BN 41921344v1

1

**NOTICE TO FILE OPPOSITION TO *EX PARTE* APPLICATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28