| | |
|---|---|
| 1 | BUCHALTER |
| 2 | A Professional Corporation<br>WILLMORE F. HOLBROW III (SBN: 169688) |
| 3 | wholbrow@buchalter.com<br>MATTHEW L. SEROR (SBN: 235043) |
| 4 | mseror@buchalter.com<br>SEAN M. CASEY (SBN: 179641) |
| 5 | scasey@buchalter.com<br>1000 Wilshire Blvd., Suite 1500 |
| 6 | Los Angeles, CA 90017<br>Telephone: 213.891.0700 |
| 7 | BUCHALTER |
| 8 | A Professional Corporation<br>DYLAN WISEMAN (SBN: 173669) |
| 9 | dwiseman@buchalter.com<br>55 Second Street, Suite 1700 |
| 10 | San Francisco, CA 94105-3493<br>Telephone: 415.227.3546 |
| 11 | Attorneys for Plaintiffs JERRY A. SPOLAR |
| 12 | and TONNY JILL WILLIAMSON |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JERRY A. SPOLAR, an individual; TONNY JILL WILLIAMSON, an individual, | ) | Case No. 2:20-cv-08837 |
| Plaintiffs, | ) | **PLAINTIFFS' DISMISSAL OF DISCOVERY COMMUNICATIONS, LLC WITHOUT PREJUDICE** |
| vs. | ) | |
| DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, | ) | |
| Defendants. | ) | |

1    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs
2    JERRY A. SPOLAR and TONNY JILL WILLIAMSON hereby dismiss the claims
3    against Defendant DISCOVERY COMMUNICATIONS, LLC, a Delaware limited
4    liability company, without prejudice. Each side will bear their own costs and
5    attorneys' fees.

7            Respectfully submitted,

9    DATED: November 4, 2020            BUCHALTER
                                         A Professional Corporation

12                                       By: /s/ Willmore F. Holbrow III
                                             WILLMORE F. HOLBROW III
13                                           DYLAN WISEMAN
                                             MATTHEW L. SEROR
                                             SEAN M. CASEY
14                                           Attorneys for Plaintiffs