1  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
2  KYLE PETERSEN (SBN 307483)
   kpetersen@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone:  310.282.2000
5  Facsimile:   310.282.2200

6  Attorneys for Defendants
   UNREALISTIC IDEAS, LLC;
7  PIECE OF WORK PRODUCTIONS,
   LLC; and ARCHIE GIPS

8

9                    UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  JERRY A. SPOLAR, an individual; and     Case No.: 2:20-cv-08837-SVW-MAA
    TONNY JILL WILLIAMSON, an
13  individual,                              Assigned to Hon. Stephen V. Wilson

14            Plaintiffs,

15       v.                                  **REQUEST FOR JUDICIAL
                                             NOTICE IN SUPPORT OF
16  DISCOVERY COMMUNICATIONS,                NOTICE OF MOTION AND
    LLC, a Delaware limited liability        MOTION TO DISMISS
17  company; UNREALISTIC IDEAS,              PURSUANT TO FED. R. CIV.
    LLC, a Delaware limited liability        PROC. 12(B)(6) BY DEFENDANTS
18  company; PIECE OF WORK                   UNREALISTIC IDEAS, LLC,
    PRODUCTIONS, LLC, a California           PIECE OR WORK
19  limited liability company; ARCHIE        PRODUCTIONS, LLC, AND
    GIPS, an individual; WHITNY              ARCHIE GIPS**
20  BRAUN, an individual; JAMES
    BRAUN, an individual; and DOES 1         [*Filed concurrently: Notice of Motion
21  through 25,                              and Motion to Dismiss; [Proposed]
                                             Order*]
22            Defendants.

23                                           Date:  January 25, 2021
                                             Time:  1:30 p.m.
24                                           Courtroom:  10A

25                                           Complaint Filed:  September 25, 2020
                                             Trial Date:  None Set
26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19781179.1
236428-10001

REQUEST FOR JUDICIAL NOTICE

1    Defendants Unrealistic Ideas, LLC, Piece of Work Productions, LLC, and

2    Archie Gips (collectively, the "Unrealistic Defendants"), by and through their

3    counsel, respectfully submit this Request for Judicial Notice in support of their

4    Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6).

5    In considering a Rule 12(b)(6) motion, "courts must consider the complaint in

6    its entirety, as well as…documents incorporated into the complaint by reference,

7    and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor*

8    *Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).  Rule 201 of the Federal Rules of

9    Evidence provides that a court "must take judicial notice if a party requests it and

10   the court is supplied with the necessary information" of a fact, where the fact is "not

11   subject to reasonable dispute because it…can be accurately and readily determined

12   from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid.

13   201(b)(2), (c)(2).

14   The Unrealistic Defendants respectfully request that this Court take judicial

15   notice of the public availability of the following newspaper articles, which are

16   available online:

17

18   1.    Frank Main, *Downstate auctioneer sues to recover unique deathbed*

19   *photo of Abe Lincoln*, CHICAGO SUN-TIMES, Jan. 28, 2019, available at

20   https://chicago.suntimes.com/2019/1/28/18331183/downstate-auctioneer-sues-to-

21   recover-unique-deathbed-photo-of-abe-lincoln.  A copy of the article, which was

22   downloaded from Lexis Advance, is attached hereto as Exhibit A.

23   2.    Matt Hopf, *Lawsuit claims image of Lincoln on deathbed stolen*,

24   HERALD-WHIG, Jan. 30, 2019, available at

25   https://www.whig.com/archive/article/lawsuit-claims-image-of-lincoln-on-deathbed-

26   stolen/article_b50cf774-e8b0-52b4-b7ab-b93712f13992.html.  A copy of the article,

27   printed from the Herald-Whig's website, is attached hereto as Exhibit B.

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19781179.1
236428-10001

2

REQUEST FOR JUDICIAL NOTICE

The Unrealistic Defendants request that the Court take judicial notice of the public availability of the attached articles and not of the truth of the matters asserted therein. "Information on publically accessible articles or websites is subject to judicial notice of the fact that the information was available to the public because such availability is not subject to reasonable dispute." *MACOM Tech. Sols., Inc. v. Litrinium, Inc.*, SACV 19-220 JVS (JDEx), 2019 U.S. Dist. LEXIS 167880, at *2 (C.D. Cal. June 3, 2019); *see also Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking judicial notice of news articles for the purpose of establishing that the market was aware of the information contained therein); *Spy Optic, Inc. v. Alibaba.com, Inc.*, 163 F.Supp.3d 755, 762 (C.D. Cal. 2015) ("Courts may take judicial notice of the fact that an internet article is available to the public, but it may not take judicial notice of the truth of the matters asserted in the article.").

Accordingly, the Unrealistic Defendants respectfully request that the Court take judicial notice of the public availability of the newspaper articles attached hereto as Exhibits A and B in connection with the Unrealistic Defendants' Motion to Dismiss.

Dated:  December 2, 2020          LOEB & LOEB LLP

By: */s/ David Grossman*
David Grossman
Kyle Petersen
Attorneys for Defendants
Unrealistic Ideas, LLC; Piece of Work Productions, LLC; and Archie Gips

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19781179.1
236428-10001

3

REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

## Downstate auctioneer sues to recover unique deathbed photo of Abe Lincoln

Chicago Sun-Times

January 28, 2019 Monday

Copyright 2019 Sun-Times Media, LLC All Rights Reserved

**Section:** NEWS

**Length:** 772 words

**Byline:** Frank Main

## Body

It's the case of the missing Lincoln death photo.

The strange case involves a Downstate auctioneer, his ex-wife, a dentist, a distant relative of Lincoln - and even former Illinois Gov. James "Big Jim" Thompson.

Larry Davis of Quincy filed a lawsuit Friday to recover what he says is a unique deathbed photo of Abraham Lincoln taken in a boarding house across from Ford's Theater in Washington, D.C.

"If you asked me to describe a photo that would be more historically significant than this, I can't think of one," said Chicago attorney Andy Hale, who represents Davis.

The lawsuit is asking an Adams County judge to order Jerald Spolar to return the photo to Davis.

Davis, an auctioneer, says his ex-wife stole the photo in 2006.

Spolar, a dentist and Lincoln buff from Macomb, then bought the photo from the ex-wife and kept it, the lawsuit says.

Hale says the photo is "larger than a baseball card and smaller than a postcard."

But he acknowledges he doesn't have any photographic proof it exists.

The story begins in the 1980s when Davis says he befriended Margaret Hanks Schreiber, an impoverished Quincy woman. Schreiber was a distant relative of Lincoln's mother Nancy Hanks.

Davis says he would take food to Schreiber and her husband on Sundays and discuss her family history. In 1984, Schreiber sold Davis some family memorabilia including a leather case containing an "ambrotype" (or photograph made on glass) of the assassinated 16th president, according to the lawsuit.

After John Wilkes Booth shot Lincoln in Ford's Theater on April 14, 1865, the president was carried to a first-floor bedroom of a boardinghouse owned by William Petersen across the street from the theater. Lincoln lingered for hours and died on April 15.

The only known images of Lincoln's deathbed include artists' recreations of the slain president in bed and a photo that boarders took of the empty bed after the body was removed.

The bed and linens in the Petersen House bedroom where Lincoln died. The photo of the empty bed was taken the day after the assassination by Petersen House boarders Henry and Julius Ulke. | Meserve-Kunhardt Foundation via Smithsonian

A West Virginia woman found a photo in a flea market that she claimed was a deathbed image of Lincoln, but the director of the Surratt House Museum in Maryland wrote on the museum's web site, "This is no more a photo of Abe Lincoln than it is of me. Ignore her."

The collector, Ernestine Glessner, sued museum director Laura Keene for defamation in 2012, but the case was dismissed.

Hale says he knows of no other photos of Lincoln in his death bed besides Davis'. Such a photo would be "priceless," he says.

The lawsuit describes the photo as a "macabre image of the upper torso of a man lying in bed dead."

His eyes were open and his right pupil was "blown," according to the lawsuit.

The man had a "wide-eyed stare," and his head rested in an "unnatural position" with his chin on his chest. Someone painted the photo to make Lincoln's cheeks rosy and show the quilt on the bed was blue.

Schreiber, the distant relative of Lincoln, died in 1986, two years after she sold the photo to Davis, the lawsuit says.

In 1990, Davis contacted Lloyd Ostendorf, a top authority on Lincoln images and photos, the lawsuit said.

The two men supposedly met with then-Gov. Thompson in the governor's mansion in Springfield.

Thompson was a Lincoln memorabilia collector, according to the lawsuit.

Ostendorf, the author of five books about Lincoln, told Davis the photo was a fake, according to the lawsuit.

Oddly, though, Ostendorf and Thompson still offered to buy the photo for $25,000, but Davis refused to sell it, the lawsuit said.

The Chicago Sun-Times reached Thompson on the phone Sunday to ask about the meeting.

Downstate auctioneer sues to recover unique deathbed photo of Abe Lincoln

"That never happened," Thompson said.

Former Illinois Gov. Jim Thompson (pictured in January 2013) | AP

Ostendorf died in 2000.

Davis says he realized the photo was missing from his safe in August 2006.

He says his ex-wife, who isn't named in the lawsuit, swiped the photo from his safe and sold it to Spolar.

In 2007, Davis got a visit from Spolar, according to the lawsuit.

Spolar asked if Davis possessed copies of an image of Lincoln on his deathbed, according to the lawsuit. Spolar allegedly said he'd like to have the "right of first refusal" to buy such a photo.

The lawsuit doesn't explain why Spolar would ask Davis about a photo he already had.

Spolar couldn't be reached for comment.

Even though decades have passed since the photo was allegedly stolen, Hale says the statute of limitations doesn't apply because Davis only recently learned that Spolar has it.

**Load-Date:** January 29, 2019

End of Document

# EXHIBIT B

https://www.whig.com/archive/article/lawsuit-claims-image-of-lincoln-on-deathbed-stolen/article_b50cf774-e8b0-52b4-b7ab-b93712f13992.html

# Lawsuit claims image of Lincoln on deathbed stolen

Matt Hopf
Jan 30, 2019

QUINCY -- A rare photo of President Abraham Lincoln on his deathbed is at the center of a new lawsuit.

Filed last week in Adams County Circuit Court, Quincy auctioneer Larry D. Davis claims that Jerald A. Spolar of Macomb has a deathbed glass-plate image -- or an ambrotype -- of Lincoln taken in the Washington boarding house where he died after being shot in Ford's Theater. Davis bought the image from a descendant of Lincoln in 1984.

The lawsuit asks the court to order Spolar to return the image to Davis.

Davis alleges that an ex-wife, who is not named in the lawsuit, stole the ambrotype in the fall of 1996 and sold it to Spolar. The lawsuit said Davis recently learned that Spolar had the ambrotype.

In the lawsuit, Davis said that he bought the ambrotype from Margaret Hanks Schrieber in 1984 after she agreed to sell a collection of ancestral items.

Hanks Schrieber lived at 3500 Broadway, according to the lawsuit. The Hankses of Quincy were descendants of Dennis Hanks, a cousin of Lincoln's mother, Nancy Hanks.

The lawsuit describes the ambrotype as a "macabre image of the upper torso of a man lying in bed dead."

Hanks Schrieber reportedly told Davis that the photo was of "cousin Lincoln" taken on his deathbed.

She died Sept. 1, 1986.

The lawsuit said that Davis and Hanks Schrieber became friends in 1982, and he would often bring her and her husband, Milton, food on Sundays, as they lived "in squalor and had no running water."

The lawsuit said Davis contacted famed Lincoln collector Lloyd Ostendorf to examine the ambrotype. Ostendorf agreed and invited then-Illinois Gov. Jim Thompson, who also was a Lincoln memorabilia collector.

The reported meeting took place at the Executive Mansion in Springfield, where Ostendorf told Davis that the ambrotype must be a forgery.

However, the lawsuit claims that both Ostendorf and Thompson offered to buy the image for $25,000, though Davis was not interested in selling it.

When asked by the Sun-Times, which first reported the lawsuit, Thompson denied the meeting ever took place.

Davis said after he discovered the ambrotype and other items from Hanks Schrieber were missing from a safe, he was visited by two men at Davis Auction, who asked questions about the ambrotype. Davis believes the two men were agents of Spolar.

The lawsuit also alleges that Spolar visited Davis in 2007 to buy a print taken inside Lincoln's tomb and exterior images of Lincoln's home.

"As he was leaving, (Spolar) asked if (Davis) if he had any copies of an image of Lincoln lying in bed after he had been shot and told (Davis) that if (Davis) ever came across any copies of such image or any other Lincoln memorabilia, he would be

interested in buying the copies or other memorabilia and would like the right of first refusal," the lawsuit alleged.

Court records show a case management conference is set for May 20.