| | |
|---|---|
| 1 | DAVID GROSSMAN (SBN 211326) |
|   | dgrossman@loeb.com |
| 2 | KYLE PETERSEN (SBN 307483) |
|   | kpetersen@loeb.com |
| 3 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: 310.282.2000 |
| 5 | Facsimile: 310.282.2200 |

Attorneys for Defendants
UNREALISTIC IDEAS, LLC;
PIECE OF WORK PRODUCTIONS, LLC; and ARCHIE GIPS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual, | Case No.: 2:20-cv-08837-SVW-MAA |
| | Assigned to Hon. Stephen V. Wilson |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF DEFENDANTS UNREALISTIC IDEAS, LLC'S, PIECE OF WORK PRODUCTIONS, LLC'S, AND ARCHIE GIPS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(B)(6)** |
| DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, | |
| | Date: January 25, 2021 |
| | Time: 1:30 p.m. |
| | Courtroom: 10A |
| | Complaint Filed: September 25, 2020 |
| | Trial Date: None Set |
| Defendants. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

19983835.1
236428-10001

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

**TO ALL PARTIES AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, in light of the Court's granting of the stipulation to extend Defendants Unrealistic Ideas, LLC's, Piece of Work Productions, LLC's, and Archie Gips' (collectively, the "Unrealistic Defendants") time to respond to Plaintiffs Jerry A. Spolar's and Tonny Jill Williamson's (collectively, "Plaintiffs") Complaint to January 20, 2021 (*see* Dkt. No. 38), the Unrealistic Defendants hereby withdraw their Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6) and the Request for Judicial Notice filed in support thereof (Dkt. Nos. 35-36).

The Unrealistic Defendants will answer, move, or otherwise respond to Plaintiffs' Complaint on or before January 20, 2021, subject to Plaintiffs' filing of an amended complaint—which Plaintiffs have represented they intend to do—in which case the Unrealistic Defendants will answer, move, or otherwise respond to said amended complaint within the time required by law or as otherwise ordered by this Court.

Dated: December 18, 2020         LOEB & LOEB LLP

By: */s/ David Grossman*
David Grossman
Kyle Petersen
Attorneys for Defendants
Unrealistic Ideas, LLC; Piece of Work Productions, LLC; and Archie Gips

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

19983835.1
236428-10001

2

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS