M.K. HAGEMANN, P.C.
Michael K. Hagemann (State Bar No. 264570)
   mhagemann@mkhlaw.com
1801 Century Park East, Suite 2400
Century City, CA 90067
Telephone: 310.773.4900
Attorneys for Defendants UNREALISTIC IDEAS, LLC; PIECE OF WORK PRODUCTIONS, LLC; ARCHIE GIPS; WHITNY BRAUN; and JAMES BRAUN

BUCHALTER
A Professional Corporation
WILLMORE F. HOLBROW III (SBN: 169688)
   wholbrow@buchalter.com
MATTHEW L. SEROR (SBN:  235043)
   mseror@buchalter.com
SEAN M. CASEY (SBN: 179641)
   scasey@buchalter.com
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017
Telephone:  213.891.0700

Attorneys for Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>              Plaintiffs,<br><br>         vs.<br><br>UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>              Defendants. | Case No. 2-20-cv-08837 SVW (MAAx)<br><br>**STIPULATION TO CONTINUE TRIAL TO NOVEMBER 2, 2021**<br><br>Complaint Filed: September 25, 2020<br><br>Pretrial Conference: July 26, 2021<br><br>Jury Trial: August 3, 2021<br><br>[Proposed New Trial Date: Nov. 2, 2021] |

-1-
STIPULATION TO CONTINUE TRIAL

BN 45329726v1

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON ("Plaintiffs") and Defendants DISCOVERY COMMUNICATIONS, LLC, UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN and JAMES BRAUN ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully request that the trial date be continued to November 2, 2021 to allow the parties sufficient time to complete minimal discovery and engage in meaningful settlement discussions.

The Parties believe that a brief continuance of the trial date along with a scheduling order with discovery and other cutoffs sufficiently in advance of trial is necessary, economically efficient for the Parties and will streamline the judicial process.

The parties have acted diligently to move forward with this case.  The last of Defendants filed an Answer to the Complaint on February 22, 2021. On February 11, 2021, Defendants sought an Order allowing new-counsel Michael Hagemann to substitute in as counsel (Dkt. 56), which was entered by the Court on February 17, 2021 (Dkt. 59). On February 18, 2021, the Court issued an Order setting the Initial Status Conference for April 12, 2021 (Dkt. 60).  On April 8, 2021, the Court vacated the Initial Status Conference and set the trial for August 3, 2021 *sua sponte*.  (Dkt. 64).

The parties have also experienced unexpected events, which have delayed the case proceedings.  Defendants' counsel's mother was admitted to the hospital, suddenly, on February 14, 2021 and she passed away on March 7, 2021.  Counsel has been extremely busy since February 14, 2021 dealing with his mother's

BN 45329726v1

hospitalization and subsequent passing and understandably did not have time to focus on this lawsuit. This delayed the Rule 26(f) conference, which opens the door to discovery. Nevertheless, the parties were able to informally exchange some documents and information in connection with furthering settlement discussions.

In a case involving five Defendants and multiple causes of action, the parties agree and stipulate that they will not be able to adequately conduct fact discovery, initiate and complete expert discovery, prepare and file any dispositive motions and get ready for trial in the next three months. Additionally, the trial dates directly conflict with Plaintiff's counsel's family reunion/vacation previously scheduled for July 23, 2021 through August 5, 2021 in Massachusetts.

The Parties are hopeful this matter can settle with a minimal amount of discovery, and pushing out trial slightly will likely expedite the resolution of the case, as it will enable the parties to conduct a minimal amount of discovery and engage in meaningful settlement discussions, rather than be compelled to engage in written discovery, schedule and take countless depositions and prepare experts for trial.

As Counsel for both parties agree that they will not be able to adequately prepare the case in time for an August 3, 2021 trial date, the parties stipulate and agree to the following schedule, subject to the Court's approval:

- The Jury Trial should be continued to Tuesday, November 2, 2021 at 9:00 am, or as soon thereafter as the Court permits.

- The Pretrial Conference should be continued to two-weeks prior to the new trial date at 3:00 pm, or as close thereto as the Court permits (e.g. October 18 at 3:00 pm if trial is November 2, 2021.)

BN 45329726v1

- Initial Disclosures (FRCP 26(a)(1)) Due: May 3, 2021

- Expert Disclosures (FRCP 26(a)(2)) Due: July 13, 2021

- Deadline to join other parties: 120 days before the new trial date (e.g. July 5, 2021 if the trial is November 2, 2021.)

- Deadline to amend the pleadings: 120 days before the new trial date (e.g. July 5, 2021 if the trial is November 2, 2021.)

- Fact Discovery Response Cut-Off: 90 days before the new trial date (e.g. all responses must be due on or before, and all depositions must be conducted on or before, August 10, 2021 if trial is November 2, 2021.)

- Expert Discovery Response Cut-Off: 80 days before the new trial date (e.g. all responses must be due on or before, and all depositions must be conducted on or before, August 20, 2021 if trial is November 2, 2021.)

- Deadline to complete mediation: 110 days before the new trial date (e.g. July 18, 2021 if trial is November 2, 2021.)

- Motion Hearing Cut-Off: 36 days before the new trial date (e.g. Monday, September 27, 2021 if trial is November 2, 2021.)

- Motions *in Limine*: Served and filed pursuant to L.R. 6-1 for the Pretrial Conference

BN 45329726v1

Respectfully Submitted,

DATED: April 27, 2021          BUCHALTER, a Professional Corporation

By: /s/ *Willmore F. Holbrow III*
Willmore F. Holbrow III
Dylan Wiseman
Matthew L. Seror
Sean M. Casey
Attorneys for Plaintiffs


DATED: April 27, 2021          M.K. HAGEMANN, P.C.

By: /s/*Michael K. Hagemann*
Michael K. Hagemann
Attorneys for Defendants

STIPULATION TO CONTINUE TRIAL

BN 45329726v1