| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BUCHALTER, A Professional Corporation<br>WILLMORE F. HOLBROW III (SBN: 169688)<br>wholbrow@buchalter.com<br>MATTHEW L. SEROR (SBN: 235043)<br>mseror@buchalter.com<br>SEAN M. CASEY (SBN: 179641)<br>scasey@buchalter.com<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Telephone: 213.891.0700 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>    Defendants. | Case No. 2-20-cv-08837 SVW (MAAx)<br><br>**DECLARATION OF WILLMORE F. HOLBROW III IN SUPPORT OF STIPULATION TO CONTINUE TRIAL TO NOVEMBER 2, 2021**<br><br>Complaint Filed: September 25, 2020<br><br>Pretrial Conference: July 26, 2021<br><br>Jury Trial: August 3, 2021 |

-1-<br>DECLARATION OF WILLMORE F. HOLBROW III

# DECLARATION OF WILLMORE F. HOLBROW III

I, Willmore F. Holbrow III, declare:

1. I am an attorney licensed to practice law in the State of California and am attorney of record for all Plaintiffs in the above-entitled action. This declaration is submitted in support of the STIPULATION TO CONTINUE TRIAL TO NOVEMBER 2, 2021. I have personal knowledge of the facts stated herein. If called and sworn as a witness, I could testify competently to the following:

2. Based on discussions with Defendants' counsel, we agree that the case cannot be ready for trial by August 3, 2021 and that a short continuance of approximately three months is necessary to reasonably prepare for trial. As a result, both parties agree and ask the Court to issue a scheduling order with the dates set forth in the concurrently filed Stipulation.

3. The trial dates, selected by the Court, directly conflict with a family reunion/vacation, which I am planning and attending, scheduled for July 23, 2021 through August 5, 2021 in Massachusetts, which was paid for several months ago.

4. We are hopeful that the Parties in this action can settle this case with a minimal amount of discovery, and continuing the trial date will help facilitate settlement.

Executed April 27, 2021 at Los Angeles, California.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ *Willmore F. Holbrow IIII*
Willmore F. Holbrow III