Michael K. Hagemann (State Bar No. 264570)
M.K. HAGEMANN, P.C.
1801 Century Park East, Suite 2400
Century City, CA 90067
Tel: (310) 773-4900
Fax: (310) 773-4901
mhagemann@mkhlaw.com

Attorneys for Defendants
UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE
GIPS, WHITNY BRAUN, AND JAMES BRAUN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, <br><br> Defendants. | Case No. 2-20-cv-08837 SVW (MAAx) <br><br> **OFFER OF JUDGMENT [Fed. R. Civ. P. 68]; PROOF OF SERVICE** <br><br> Complaint Filed: September 25, 2020 <br><br> Pretrial Conference: September 13, 2021 <br><br> Jury Trial: September 21, 2021 |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 68, Defendants UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN, AND JAMES BRAUN ("Defendants") offer to allow judgment to be taken against them, jointly and severally, in this action in the amount $75,000.00 (plus costs and attorney's fees allowed by law, if any) and in favor of Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON ("Plaintiffs").

DATED:  May 5, 2021                    M.K. HAGEMANN, P.C.

By: _____
Michael K. Hagemann
Attorneys for Defendants UNREALISTIC IDEAS,
LLC, PIECE OF WORK PRODUCTIONS, LLC,
ARCHIE GIPS, WHITNY BRAUN, AND JAMES
BRAUN

Acceptance of Offer:

DATED:  _____            BUCHALTER, A.P.C.

By: _____
Willmore F. Hollbrow
Matthew L. Seror
Sean M. Casey
Attorneys for Plaintiffs JERRY A. SPOLAR and
TONNY JILL WILLIAMSON

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am an active member of the State Bar of California.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Century Park East, Suite 2400, Century City, CA 90067.

On May 5, 2021, I served the within document(s) described as:

**OFFER OF JUDGMENT [Fed. R. Civ. P. 68]; PROOF OF SERVICE (UNSIGNED)**

on the interested parties in this action as stated below:

BUCHALTER, A.P.C.
Willmore F. Hollbrow
Matthew L. Seror
Sean M. Casey
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017
Tel: (213) 891-0700
Email: wholbrow@buchalter.com
Email: mseror@buchalter.com
Email: scasey@buchalter.com
*Attorneys for Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON*

☒ (BY FIRST-CLASS MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the mailing list above.  I deposited each such envelope, with postage thereon fully prepaid, with the United States Postal Service in Irvine, California.

Executed on May 5, 2021, at Irvine, California.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

By:

Michael K. Hagemann

-3-
OFFER OF JUDGMENT