Michael K. Hagemann (State Bar No. 264570)
M.K. HAGEMANN, P.C.
1801 Century Park East, Suite 2400
Century City, CA 90067
Tel: (310) 773-4900
Fax: (310) 773-4901
mhagemann@mkhlaw.com

Attorneys for Defendants
UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN, AND JAMES BRAUN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>    Defendants. | Case No. 2-20-cv-08837 SVW (MAAx)<br><br>**OFFER OF JUDGMENT [Fed. R. Civ. P. 68]; PROOF OF SERVICE**<br><br>Complaint Filed: September 25, 2020<br><br>Pretrial Conference: September 13, 2021<br><br>Jury Trial: September 21, 2021 |

-1-
OFFER OF JUDGMENT

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 68, Defendants UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN, AND JAMES BRAUN ("Defendants") offer to allow judgment to be taken against them, jointly and severally, in this action in the amount $75,000.00 (<u>plus</u> costs and attorney's fees allowed by law, if any) and in favor of Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON ("Plaintiffs").

DATED: May 5, 2021

M.K. HAGEMANN, P.C.

By: _____
Michael K. Hagemann
Attorneys for Defendants UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN, AND JAMES BRAUN

Acceptance of Offer:

DATED:  May 24, 2021

BUCHALTER, A.P.C.

By: _____
Willmore F. Hollbrow
Matthew L. Seror
Sean M. Casey
Attorneys for Plaintiffs JERRY A. SPOLAR and TONNY JILL WILLIAMSON