JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>Defendants. | Case No. 2-20-cv-08837 SVW (MAAx)<br><br>**JUDGMENT**<br><br>Complaint Filed: September 25, 2020<br><br>Pretrial Conference: September 13, 2021<br><br>Jury Trial: September 21, 2021 |

The Court has reviewed the Offer of Judgment made on May 5, 2021 by Defendants UNREALISTIC IDEAS, LLC, PIECE OF WORK PRODUCTIONS, LLC, ARCHIE GIPS, WHITNY BRAUN, and JAMES BRAUN ("Defendants"), pursuant to Federal Rule of Civil Procedure 68, and the acceptance thereof by Plaintiff's JERRY A. SPOLAR and TONNY J. WILLIAMSON ("Plaintiffs"), filed on May 24, 2021.

Good cause appearing and the issues having been fully considered, IT IS ORDERED AND ADJUDGED that:

1) Judgment is entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $75,000.00 (plus costs and attorney's fees allowed by law, if any).

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 27, 2021

Hon. Stephen V. Wilson
United States District Court Judge