BUCHALTER, A Professional Corporation
WILLMORE F. HOLBROW III (SBN: 169688)
wholbrow@buchalter.com
MATTHEW L. SEROR (SBN: 235043)
mseror@buchalter.com
SEAN M. CASEY (SBN: 179641)
scasey@buchalter.com
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, <br><br> Defendants. | Case No. 2-20-cv-08837 SVW (MAAx) <br><br> **DECLARATION OF SEAN M. CASEY IN SUPPORT OF PLAINTIFF JERRY A. SPOLAR & TONNY JILL WILLIAMSON'S MOTION FOR ATTORNEYS' FEES** <br><br> Date: October 18, 2021 <br> Time: 1:30 pm <br> Place: Courtroom 10A <br><br> Judge: Hon. Stephen V. Wilson |

-1-
DECLARATION OF SEAN M. CASEY

# DECLARATION OF SEAN M. CASEY

I, Sean M. Casey, declare:

1. I am an attorney licensed to practice law in the State of California and am attorney of record for all Plaintiffs in the above-entitled action. This declaration is submitted in support of the PLAINTIFF JERRY A. SPOLAR & TONNY JILL WILLIAMSON'S MOTION FOR ATTORNEYS' FEES. I have personal knowledge of the facts stated herein. If called and sworn as a witness, I could testify competently to the following:

2. Attached hereto as Exhibit 1 are true and correct copies of the NDA entered into between and executed by Plaintiffs and Defendants Archie Gips, Whitney Braun, and James Braun, including the signature pages for Defendants.

3. On page 3, in Section 8, the NDA recites in relevant part:
"In the event that either Party institutes any legal suit, action, or proceeding against the other Party arising out of or relating to this Agreement, the prevailing Party in the suit, action, or proceeding shall be entitled to receive in addition to all other damages to which it may be entitled, the costs incurred by such Party in conducting the suit, action, or proceeding, including reasonable attorneys' fees and expenses and court costs."

During the prosecution of this action, among other related activities for example and without limitation, Plaintiffs incurred attorney's fees and costs principally in connection with the following activities

a. Preparing the complaint, including review and analysis of (i) the NDAs, (ii) background and supporting facts, and (iii) legal issues;

b. Researching and drafting Plaintiff's motion for a temporary restraining order;

c. Analyzing and addressing Defendants' motion to dismiss;

    d.  Preparing the First Amended Complaint and conducting research related thereto;

    e.  Preparing initial disclosures;

    f.   Drafting Discovery Requests for multiple Defendants;

    g.  Meeting and conferring with Defendants regarding discovery issues; and

    h.  Negotiating a settlement with Defendants.

4. Attached hereto as Exhibit 2 are true and correct copies of Plaintiff's invoices dated between August, 2020 and July, 2021, which accurately reflect costs incurred and contemporaneous time billing records and fees charged for each attorney and paralegal working on this action. These invoices, during the same time period, reflect an expenditure of 330.5 hours of professional time (attorneys and paralegals), which totals $188,137.00 in attorney's fees. No time or costs were billed for support and administrative staff work and litigation support services that supported this action.

5. I reviewed all professional time billed to Plaintiffs in the above-described invoices, and accurately ascertained the following hours expended, average hourly rate, and total fees charged by professionals, including only attorneys and paralegals, for this action through July, 2021 as follows:

| Name | Hours | Rate | Total Fees |
|---|---|---|---|
| Willmore Holbrow | 72.3 | $680.00 | $49,165.00 |
| Sean Casey | 95.8 | $600.00 | $57,480.00 |
| Dylan Wiseman | 55.8 | $575.00 | $32,112.00 |
| Matthew Seror | 22.5 | $500.00 | $10,710.00 |
| Julian Mack | 50.8 | $470.00 | $23,876.00 |
| Roger Scott | 15.7 | $550.00 | $8,635.00 |
| Christina Trinh | 17.6 | $350.00 | $6,160.00 |
| | | **TOTAL:** | **$188,137.00** |

At least monthly, I personally audited time entries costs incurred on behalf of Plaintiffs, with the purpose of avoiding unneeded costs and duplicative, unproductive, and unnecessary time entries. Between September, 2020 and July, 2021, I wrote-off or zeroed out 113.6 hours of attorney and paralegal time entries, from a total of 452.0 hours incurred (452.0 – 113.6 = 338.4), and which resulted in a 25.1% reduction in hours billed to Plaintiffs. These written-off hours totaled $58,975.00 in reduced fees (a 23.8% reduction of total fees of $247,962.58) that were not billed to Plaintiffs. Additionally, I also zeroed out or wrote-off $1,452.70 in costs incurred for various litigation support services, from a total of $7,856.09 in total costs incurred, which resulted in a 19.0% reduction in costs billed to Plaintiffs. Additionally, Plaintiff is not requesting the recovery of fees of professionals who billed less than 15 hours to the lawsuit. As a result, such fees are not included herein.

6. Wilmore Holbrow, III is a Shareholder at Buchalter and serves as co-Chair of the firm's intellectual property litigation group. The primary focus of his legal practice for the past 23 years has been intellectual property litigation. Over the years, Mr. Holbrow has acted as lead trial counsel in countless intellectual property cases resulting in successful outcomes for many clients. Mr. Holbrow earned a bachelor's degree in mechanical engineering at UCLA and a juris doctor upon completing studies at Loyola Law School and Suffolk University. For the duration of this case, Mr. Holbrow's billing rate has been $680.00 per hour.

7. Through Plaintiff's Acceptance and Filing of the Offer of Judgment, Mr. Holbrow billed 72.3 hours of time to this case. All of Mr. Holbrow's billed work was necessary to this case. Mr. Holbrow has worked on every aspect of this case from pre-filing due diligence, through attending hearings, preparing pleadings and motions, and negotiating settlement with prior and current counsel for Defendants. The total amount billed for this work was $49,165.00.

8. I am a Shareholder at Buchalter. My legal practice has spanned roles as in-house counsel as well as private practice, and for the last 25 years my legal practice has been directed to intellectual property litigation and related controversies. I have acted as lead trial counsel in many intellectual property cases ending in successful outcomes for my clients. I earned a bachelor's degree in aerospace engineering at Boston University and a juris doctor at Southwestern University School of Law. Since this case started, my billing rate has been $600.00 per hour.

9. Through Plaintiff's Acceptance and Filing of the Offer of Judgment, I billed 95.8 hours of time to this case. All of my billed work was necessary to this case. I worked on all elements of this case from pre-filing due diligence, many witness interviews and investigations highly relevant to the original and current six known and named defendants and several suspected as-yet unnamed defendants, analyses of law and supporting facts and evidence, including preparing pleadings and motions, and negotiating settlement with prior and current counsel for Defendants. The total amount billed for my work was $57,480.00.

10. Dylan Wiseman is a shareholder at Buchalter and the Co-Chair of Buchalter's Trade Secrets & Employee Mobility Practice Group. Since 1996, on multiple occasions he has taken through verdict exclusively trade secrets, unfair competition, and restrictive covenant disputes. Mr. Wiseman's billing rate for this matter is $575.00 per hour.

11. Through Judgment, Mr. Wiseman billed 55.8 hours of time to this case. All of Mr. Wiseman's billed work was necessary to this case. Mr. Wiseman was deeply involved in all events in this case, including researching the law and supporting facts and circumstances for the trade secret, unfair competition, and related causes of action, preparing the original and amended complaints,

interviewing witnesses, and related work. The total amount billed for this work was $32,112.00.

12. Matthew L. Seror is a shareholder in Buchalter's Litigation and Intellectual Property Practice Groups. Mr. Seror is a 2004 graduate of the University of Southern California Law School, and he received his B.A. in Political Science and Psychology at the University of Southern California in 2001. Mr. Seror was admitted to practice law in the State of California in 2004. His practice focuses on complex commercial litigation and intellectual property litigation, including trade secret, copyright, and trademark matters.

13. Through Judgment, Mr. Seror billed 22.5 hours of time to this case. All of Mr. Seror's billed work was necessary to this case. Mr. Seror worked extensively on all aspects of this case including preparing pleadings and motions, and included a focus on analyzing and preparing pleadings directed to Plaintiff's prospective copyright infringement claims grounded in copyright registration applications pending before the U.S. Copyright office. The total amount billed for this work was $10,710.00.

14. Julian Mack is a member of Buchalter's Trade Secrets & Employee Mobility and Appellate Law practice groups, and is a 1982 graduate of Harvard Law School with nearly 40 years civil litigation experience. He has been a litigator in California and the San Francisco Bay Area since passing the California bar in 1982, and has represented clients in civil litigation at trial and appellate levels in state and federal courts, as well as in arbitration. Mr. Mack has experience in all stages of litigation, including trial. He has litigated a wide variety of matters including, trade secrets and unfair competition litigation, and intellectual property disputes. Mr. Mack's billing rate for this matter is $470.00 per hour. Through Acceptance of Judgment, Mr. Mack billed 51.1 hours of time to this case. All of Mr. Mack's billed work was necessary to this case. Mr. Mack performed work in

all aspects of this case including research and analysis of case law, preparing joint discovery plans and requests, and preparing pleadings and motions, among other duties. The total amount billed for this work was $23,876.00.

15. Roger Scott earned his J.D. cum laude from The Catholic University of America, Columbus School of Law in 2006, he also earned his M.A. from The Catholic University of America in 2006, and his B.A. from the University of California, Santa Barbara in 2002. Mr. Scott has handled a wide range of complex civil litigation in both federal and state courts and in arbitrations that have included breach of contract, trade secret theft, intellectual property disputes, class action defense, and labor and employment controversies, which have resulted in successful outcomes for his clients. Mr. Scott's billing rate for this matter is $550.00 per hour.

16. Through Acceptance of Judgment, Mr. Scott billed 15.7 hours of time to this case. All of Mr. Scott's billed work was necessary to this case. Mr. Scott researched and prepared much of this Motion for Fees and the accompanying Bill of Costs. The total amount billed for this work was $8,635.00.

17. Christina Trinh was an intellectual property litigation associate at Buchalter. At the time Ms. Trinh performed work on this matter she had more than five years of experience. She has represented companies, individuals, and public entities in civil litigation in federal and state courts including breach of contract and intellectual property matters. In 2015, Ms. Trinh worked as a judicial extern for the Patent Pilot Program in the United States District Court for the Central District of California. Ms. Trinh's billing rate for this matter is $350.00 per hour.

18. Through her departure from the firm, Ms. Trinh billed 17.6 hours of time to this case. All of Ms. Trinh's billed work was necessary to this case. Ms. Trinh assisted in preparation of evidence supporting the pleadings and motions,

and research and analysis of case law supporting motion practice. The total amount billed for this work was $6,160.00.

19. To assess the reasonableness of the hourly rates for each attorney who worked on this case, I analyzed the 2020 Real Rate Report available from Wolters Kluwer, which has been utilized by some courts to assess reasonableness of hourly rates and fees charged by attorneys in various geographical areas and who have specific types of litigation experience. *See generally, e.g.*, *Relman Colfax PLLC v. Fair Housing Council of San Fernando Valley et al.*, 2:19-CV-08612, ECF #190-4 (C. Dist. Cal.) (exhibit, 2020 Real Rate Report), *and*, *Vital Pharmaceuticals, Inc. v. Pepsico, Inc.*, Case no. 0:20-cv-62415, ECF #66-1 (C. Dist. Fl.) (exhibit, 2020 Real Rate Report). A true and correct copy of the 2020 Real Rate Report is attached hereto as Exhibit 3.

20. On page 22 of the 2020 Real Rate Report, the range and median of actual attorney hourly rates are described for partners and associates in Los Angeles. Such hourly rates for partners in Los Angeles range between a first quartile of $425 and a third quartile of $1,020, with a median hourly rate of $749. Buchalter partners Messrs. Holbrow, Casey, Seror, and Wiseman have respective hourly rates, as noted above in ¶5, that range between $500 and $680, and which respective rates are each below the $749 median partner hourly rate for Los Angeles. *Id.*

21. On the same page 22 of the 2020 Real Rate Report, such hourly rates for associates in Los Angeles range between a first quartile of $401 and a third quartile of $770, with a median hourly rate of $585. Buchalter associates Messrs. Mack and Scott, and Ms. Trinh each have hourly rates ranging between $350 and $550, as noted above in ¶5, that are each below the $585 median associate hourly rate for Los Angeles. *Id.*

1   Executed September 13, 2021 at Los Angeles, California.

3   I declare under the penalty of perjury under the laws of the United States of
4   America that the foregoing is true and correct.

By: /s/ *Sean M. Casey*
Sean M. Casey