BUCHALTER
A Professional Corporation
WILLMORE F. HOLBROW III (SBN: 169688)
    wholbrow@buchalter.com
MATTHEW L. SEROR (SBN: 235043)
    mseror@buchalter.com
SEAN CASEY (SBN: 179641)
    scasey@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: wholbrow@buchalter.com

BUCHALTER
A Professional Corporation
DYLAN WISEMAN (SBN: 173669)
    dwiseman@buchalter.com
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.3546

Attorneys for Plaintiffs JERRY A. SPOLAR
and TONNY JILL WILLIAMSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; TONNY JILL WILLIAMSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, <br><br> Defendants. | Case No. 2:20-cv-8837 <br><br> **SUPPLEMENTAL DECLARATION OF SEAN M. CASEY IN SUPPORT OF PLAINTIFFS JERRY A. SPOLAR AND TONNY JILL WILLIAMSON'S REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** <br><br> Date:　　October 18, 2021 <br> Time:　　1:30 pm <br> Place:　　Courtroom 10A <br> Judge:　　Hon. Stephen V. Wilson |

## DECLARATION OF SEAN M. CASEY

I, Sean M. Casey, declare:

1.     I am an attorney licensed to practice law in the State of California and am attorney of record for all Plaintiffs in the above-entitled action.  This declaration is submitted in support of the Plantiffs Jerry A. Spolar and Tonny Jill Williamson's Motion for Attorneys' Fees.  I have personal knowledge of the facts stated herein. If called and sworn as a witness, I could testify competently to the following:

2.     During preparation of Plaintiffs' Motion for Attorneys' Fees, Bill of Costs, and Plaintiffs' replies in support thereof, Plaintiffs incurred attorney's fees and costs in addition to those described in Plaintiffs' moving papers in support of its Motion for Attorneys' Fees. These subsequent fees were principally the result of Plaintiffs' attempts to obtain solution from Defendants regarding terminating the case by submitting a proposed Judgment in August, and thereafter preparation of Plaintiffs' Motion for Attorneys' Fee, Application for Bill of Costs, addressing Defendants extensive Objections to the Bill of Costs, analyzing Defendants' opposition and cited case law, conducting additional research in support of Plaintiffs' motion, and in researching and preparing the contemporaneously filed Reply.

3.     Attached hereto as Exhibit A are true and correct copies of Plaintiff's invoices dated August 31, 2021, and October 4, 2021, which reflect Plaintiffs' additional costs incurred in obtaining Defendants' agreement to enter a proposed judgment, and in preparing Plaintiffs' fees Motion, Bill of Costs, Defendants' oppositions, and this Reply brief, and supporting declarations and documents. These August, September, and October, 2021 invoices accurately reflect costs incurred and contemporaneous time billing records and fees charged for each attorney and paralegal working on this action. These invoices, during the same time period, reflect an expenditure of 101.9 hours of professional time (attorneys and paralegals), which totals $48,945.00 in attorney's fees. No time or costs were billed

1  for support and administrative staff work and litigation support services that

2  supported this action.

3      4.    Consequently, these additional fees in combination with Plaintiffs'

4  prior fees of $188,137.00 evidenced in its fees Motion, results in Plaintiffs' now

5  having expended over $236,982.00 in attorneys' fees, exclusive of its costs

6  evidenced in the prior filed Bill of Costs.

7      5.    I reviewed all professional time billed to Plaintiffs in the above-

8  described invoices dated between August and October, 2021, and accurately

9  ascertained the following hours expended, average hourly rate, and total fees

10 charged by professionals, including only attorneys and paralegals, for this action

11 between August 1st and October 4, 2021 as follows:

| NAME | HOURS | RATE | TOTAL FEES |
|------|------:|-----:|-----------:|
| Willmore Holbrow | 27.0 | $680.00 | $18,360.00 |
| Sean Casey | 28.9 | $600.00 | $17,340.00 |
| Roger Scott | 2.0 | $550.00 | $1,100.00 |
| Michelle Lopez | 43.8 | $275.00 | $12,045.00 |
| | | *TOTAL:* | **$48,845.00** |

18     Every month, I personally audited time entries costs incurred on behalf of

19 Plaintiffs, with the purpose of avoiding unneeded costs and duplicative,

20 unproductive, and unnecessary time entries. Additionally, Plaintiff is not requesting

21 the recovery of fees of professionals who billed less than 2 hours during the August

22 to October time span. As a result, such fees are not included herein.

23     6.    Wilmore Holbrow, III is a Shareholder at Buchalter and serves as co-

24 Chair of the firm's intellectual property litigation group. The primary focus of his

25 legal practice for the past 23 years has been intellectual property litigation.  Over

26 the years, Mr. Holbrow has acted as lead trial counsel in countless intellectual

27 property cases resulting in successful outcomes for many clients. Mr. Holbrow

28 earned a bachelor's degree in mechanical engineering at UCLA and a juris doctor

upon completing studies at Loyola Law School and Suffolk University. For the duration of this case, Mr. Holbrow's billing rate has been $680.00 per hour.

7.     Through Plaintiffs' preparation of its Motions for Attorneys' Fees, Bill of Costs, many attempts to obtain agreement from Defendants as to a proposed form of judgment, analyzing Defendants' oppositions, and in connection with preparing and filing this Reply, Mr. Holbrow billed 27.0 hours of time to this case. All of Mr. Holbrow's billed work was necessary to this case. Mr. Holbrow has worked on every aspect of this case, including the efforts to obtain Defendants' agreement to have an uncontested judgment entered, preparing and filing Plaintiffs' fees Motion and Bill of Costs, analyzing Defendants' oppositions, and preparing and filing this Reply. The total amount billed for this work was $18,360.00.

8.     I am a Shareholder at Buchalter. My legal practice has spanned roles as in-house counsel as well as private practice, and for the last 25 years my legal practice has been directed to intellectual property litigation and related controversies. I have acted as lead trial counsel in many intellectual property cases ending in successful outcomes for my clients. I earned a bachelor's degree in aerospace engineering at Boston University and a juris doctor at Southwestern University School of Law. Since this case started, my billing rate has been $600.00 per hour.

9.     Through Plaintiff's filing of the proposed form of judgment, audit of monthly billing records, preparation and filing of Plaintiffs' fees Motion and Bill of Costs, analyzing Defendants' oppositions, and preparation of this reply and declaration in support, I billed 28.9 hours of time to this case. All of my billed work was necessary to this case. I worked on all elements of this case, including preparation and filing of this declaration and the accompanying Reply. The total amount billed for my work was $17,340.00.

10.    Roger Scott earned his J.D. cum laude from The Catholic University of America, Columbus School of Law in 2006, he also earned his M.A. from The

Catholic University of America in 2006, and his B.A. from the University of California, Santa Barbara in 2002. Mr. Scott has handled a wide range of complex civil litigation in both federal and state courts and in arbitrations that have included breach of contract, trade secret theft, intellectual property disputes, class action defense, and labor and employment controversies, which have resulted in successful outcomes for his clients.  Mr. Scott's billing rate for this matter is $550.00 per hour.

11.     Through the filing of this Reply, Mr. Scott billed an additional 2.0 hours of time to this case for assistance in preparing Plaintiffs' fees Motion, Bill of Costs, and analyzing Defendants' oppositions. All of Mr. Scott's billed work was necessary to this case. The total amount billed for this work was $1,100.00.

12.     Michelle Lopez is a litigation associate at Buchalter, and has over one year of litigation experience. She has represents companies, individuals, and public entities in civil litigation in federal and state courts. Ms. Lopez' billing rate for this matter is $275.00 per hour.

13.     In researching and preparing Plaintiffs' Motion for Fees and Bill of Costs, researching and analyzing Defendants' oppositions, and including researching and preparing portions of this Reply between August and October 4, 2021, Ms. Lopez 43.8 hours of time to this case. All of Ms. Lopez' billed work was necessary to this case. Ms. Lopez assisted in preparation of evidence and research of case law supporting Plaintiffs' Fees Motion, Bill of Costs, and this reply. The total amount billed for this work was $12,045.00.

14.     To assess the reasonableness of the hourly rates for each attorney who worked on this case, I analyzed the 2020 Real Rate Report available from Wolters Kluwer, which has been utilized by some courts to assess reasonableness of hourly rates and fees charged by attorneys in various geographical areas and who have specific types of litigation experience. *See generally, e.g.*, *Relman Colfax PLLC v. Fair Housing Council of San Fernando Valley et al.*, 2:19-CV-08612, ECF #190-4

(C. Dist. Cal.) (exhibit, 2020 Real Rate Report), *and*, *Vital Pharmaceuticals, Inc. v. Pepsico, Inc.*, Case no. 0:20-cv-62415, ECF #66-1 (C. Dist. Fl.) (exhibit, 2020 Real Rate Report). A true and correct copy of the 2020 Real Rate Report is attached as Exhibit 3 to Plaintiffs' Motion for Attorneys' Fees. ECF 77.

15.     On page 22 of the 2020 Real Rate Report, the range and median of actual attorney hourly rates are described for partners and associates in Los Angeles. Such hourly rates for partners in Los Angeles range between a first quartile of $425 and a third quartile of $1,020, with a median hourly rate of $749. Buchalter partners Messrs. Holbrow and Casey have respective hourly rates, as noted above in ¶5, that range between $500 and $680, and which respective rates are each below the $749 median partner hourly rate for Los Angeles. *Id.*

16.     On the same page 22 of the 2020 Real Rate Report, such hourly rates for associates in Los Angeles range between a first quartile of $401 and a third quartile of $770, with a median hourly rate of $585. Buchalter associates Mr. Scott and Ms. Lopez each have hourly rates ranging between $275 and $550, as noted above in ¶5, that are each below the $585 median associate hourly rate for Los Angeles. *Id.*

17.     In Defendants' Opposition the only entries they specifically question are entries relating to (i) copyrights; and (ii) claims by Larry Davis against Spolar in Davis v. Spolar, Adam County, Illinois State Court Case No. 2019CH6.  The services provided Plaintiffs in connection with the copyright entries related to analyzing Defendants' documentary on the Lincoln photograph and evaluating the pros and cons of obtaining a copyright registration and adding a copyright claim, in light of the fact that Defendants used Plaintiffs' copyrighted material in connection with the documentary.  The Larry Davis matter referenced in the invoices, relates to an action in Illinois relating to the Lincoln Photograph, which Defendants counsel inquired about and our team tracked.  Both of the above matters were relevant to the case and the time spent on each matter was reasonable.

1   Executed October 4, 2021 at Los Angeles, California.

2   I declare under the penalty of perjury under the laws of the United States of

3   America that the foregoing is true and correct.

4

5   */s/ Sean M. Casey*
6   Sean M. Casey

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730
(213) 891-0700 Telephone
(213) 896-0400 Facsimile
95-2640846
http://www.buchalter.com

| File Number | W6334-4 | TONNY WILLIAMSON AND JERRY SPOLAR | 8/31/21 |
|---|---|---|---|
| | | LIT - AMBRO COPYRIGHT INFRINGEMENT | 1095218 |
| SC | | | Page      1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/03/21 | SC | RESPONSIVE TO CLIENT INQUIRY, PREPARE AND COMMUNICATE STATUS UPDATE AND RECOMMENDATIONS. | .2 | 120.00 |
| 8/04/21 | WFH | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING JUDGMENT PREPARE RESPONSIVE CORRESPONDENCE. | .4 | 272.00 |
| 8/10/21 | WFH | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING JUDGMENT; PREPARE RESPONSIVE CORRESPONDENCE. | .3 | 204.00 |
| 8/18/21 | WFH | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL; PREPARE RESPONSIVE CORRESPONDENCE. | .5 | 340.00 |
| 8/18/21 | SC | ANALYSIS OF LATEST RESPONSES FROM OPPOSITIONS COUNSEL, AND OUTLINE PROPOSED RESPONSE, AND COMMUNICATE RECOMMENDATIONS TO CO-COUNSEL. | .5 | 300.00 |
| 8/24/21 | WFH | PREPARE CORRESPONDENCE TO OPPOSING COUNSEL REGARDING JUDGMENT; REVIEW CORRESPONDENCE REGARDING SAME; PREPARE CORRESPONDENCE REGARDING SAME AND STRATEGY. | .4 | 272.00 |
| 8/25/21 | WFH | PREPARE DRAFT PROPOSED JUDGMENT AND MEMORANDUM REGARDING SAME. | .3 | 204.00 |
| 8/25/21 | SC | REVISE AND REDRAFT DECLARATION AND PREPARE EVIDENCE SUPPORTING MOTION FOR FEES AND COSTS. | .5 | 300.00 |
| 8/26/21 | WFH | PREPARE AND FILE MEMORANDUM AND PROPOSED JUDGMENT; PREPARE CORRESPONDENCE REGARDING SAME. | .8 | 544.00 |
| 8/26/21 | SC | ANALYSIS OF DRAFT MOTION FOR ENTRY OF JUDGMENT, AND INSTRUCTIONS TO CO-COUNSEL FOR FILING; DRAFT AND COMMUNICATE REPORT TO CLIENT WITH RESULTS. | .6 | 360.00 |
| 8/30/21 | MLS | REVIEW JUDGMENT ENTERED BY COURT IN RESPONSE TO MOTION FOR JUDGMENT ON PLEADINGS | .2 | 100.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| MATTHEW L. SEROR | | .2 | 500.00 | 100.00 |
| WILLMORE F. HOLBROW | | 2.7 | 680.00 | 1,836.00 |
| SEAN CASEY | | 1.8 | 600.00 | 1,080.00 |
| | Total | **4.7** | | **3,016.00** |

| | | |
|---|---|---|
| **Total Fees** | | **3,016.00** |
| **Matter Total** | $ | **3,016.00** |

**Buchalter**

|  | | | ORANGE COUNTY | | | |
|---|---|---|---|---|---|---|
| W6334-4 | | | TONNY WILLIAMSON AND JERRY SPOLAR | | | |
|  | | | LIT - AMBRO COPYRIGHT INFRINGEMENT | | | |

| Date | Timekeeper | WrkCd | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/01/21 | SC | | REPORT STATUS UPDATE TO CLIENT AND RECOMMENDATIONS FOR NEXT STEPS, AND REVIEW FEES AND COSTS, AND COMMUNICATE UPDATED LITIGATION EXPENSES WORKSHEETS | .40 | 600.00 | 240.00 |
| 9/04/21 | SC | | PRELIMINARY ANALYSIS OF DRAFT OF MOTION FOR FEES, AND PREPARATION OF OUTLINED DECLARATION IN SUPPORT. | 1.40 | 600.00 | 840.00 |
| 9/04/21 | RS | | RESEARCH ILLINOIS LAW REGARDING ABILITY TO SEEK FEES FOR FILING FEE MOTION, REVISE FEE MOTION. | 2.00 | 550.00 | 1,100.00 |
| 9/06/21 | SC | | CONTINUED ATTENTION TO AUDIT OF INVOICES, PREPARATION OF FEES EVIDENCE, AND DRAFT OF DECLARATION SUPPORTING EVIDENCE RECITED IN MOTION, AND VERIFICATION OF FEES BILLED BETWEEN AUGUST, 2020 AND JULY, 2021. | 5.50 | 600.00 | 3,300.00 |
| 9/07/21 | SC | | CONTINUED PREPARATION OF EVIDENCE SUPPORTING BILLED FEES, REVISE AND REDRAFT MOTION AND DECLARATION IN SUPPORT, AND FINALIZE AUDIT OF ALL BILLINGS AND COSTS. | 3.80 | 600.00 | 2,280.00 |
| 9/07/21 | ML | | PREPARATION OF DRAFTING MEMORANDUM IN SUPPORT OF BILL OF COSTS. | .50 | 275.00 | 137.50 |
| 9/07/21 | ML | | LEGAL RESEARCH RE PEFORMING LEGAL RESEARCH FOR MEMORANDUM IN SUPPORT OF BILL OF COSTS. | .50 | 275.00 | 137.50 |
| 9/07/21 | ML | | LEGAL RESEARCH RE PEFORMING LEGAL RESEARCH FOR MEMORANDUM IN SUPPORT OF BILL OF COSTS. | .60 | 275.00 | 165.00 |
| 9/07/21 | ML | | PREPARATION OF DRAFTING MEMORANDUM IN SUPPORT OF BILL OF COSTS. | .60 | 275.00 | 165.00 |
| 9/07/21 | ML | | PREPARATION OF PREPARING EXHIBITS IN SUPPORT OF BILL OF COSTS. | .60 | 275.00 | 165.00 |
| 9/07/21 | ML | | PREPARATION OF PREPARING EXHIBITS IN SUPPORT OF BILL OF COSTS. | .80 | 275.00 | 220.00 |
| 9/07/21 | ML | | REVIEW/ANALYSIS OF CALCULATING TOTALS OF COSTS THAT CAN BE RECOVERABLE THROUGH A OF BILL OF COSTS. | .90 | 275.00 | 247.50 |
| 9/07/21 | ML | | PREPARATION OF CALCULATING TOTALS OF COSTS THAT CAN BE RECOVERABLE THROUGH A OF BILL OF COSTS. | .50 | 275.00 | 137.50 |

<u>Buchalter</u>

| | | ORANGE COUNTY |
|---|---|---|
| W6334-4 | | TONNY WILLIAMSON AND JERRY SPOLAR |
| | | LIT - AMBRO COPYRIGHT INFRINGEMENT |

| Date | Timekeeper | WrkCd | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/07/21 | ML | | LEGAL RESEARCH RE PERFORMING LEGAL RESEARCH REGARDING COSTS THAT CAN BE RECOVERABLE THROUGH A OF BILL OF COSTS. | .70 | 275.00 | 192.50 |
| 9/07/21 | ML | | PREPARATION OF REVIEWING SAMPLES OF BILL OF COSTS AND SUPPORTING DOCUMENTS IN PREPARATION FOR DRAFTING BILL OF COSTS. | .70 | 275.00 | 192.50 |
| 9/07/21 | ML | | REVIEW/REVISION OF REVISING BILL OF COSTS. | .40 | 275.00 | 110.00 |
| 9/08/21 | ML | | PREPARATION OF DRAFTING DECLARATION IN SUPPORT BILL OF COSTS | .80 | 275.00 | 220.00 |
| 9/08/21 | ML | | REVIEW/ANALYSIS OF REVIEWING INVOICES TO TOTAL COSTS FOR BILL OF COSTS. | 1.00 | 275.00 | 275.00 |
| 9/08/21 | ML | | REVIEW/ANALYSIS OF REVIEWING INVOICES TO TOTAL COSTS FOR BILL OF COSTS. | .80 | 275.00 | 220.00 |
| 9/08/21 | ML | | REVIEW/ANALYSIS OF REVIEWING INVOICES TO TOTAL COSTS FOR BILL OF COSTS. | .90 | 275.00 | 247.50 |
| 9/08/21 | ML | | PREPARATION OF PREPARING EXHIBITS IN SUPPORT OF BILL OF COSTS | .90 | 275.00 | 247.50 |
| 9/08/21 | ML | | PREPARATION OF PREPARING EXHIBITS IN SUPPORT OF BILL OF COSTS | .80 | 275.00 | 220.00 |
| 9/08/21 | ML | | PREPARATION OF PREPARING EXHIBITS IN SUPPORT OF BILL OF COSTS | .90 | 275.00 | 247.50 |
| 9/08/21 | ML | | REVIEW/REVISION OF REVISING MEMORANDUM IN SUPPORT OF BILL OF COSTS. | .60 | 275.00 | 165.00 |
| 9/08/21 | ML | | PREPARATION OF DRAFTING BILL OF COSTS. | .50 | 275.00 | 137.50 |
| 9/08/21 | SC | | ATTENTION TO CONTINUED PREPARATION OF EVIDENTIARY EXHIBITS FOR BILL OF COSTS; INSTRUCTIONS TO BILLING CLERK AND ASSOCIATE TO DEVELOP ADDITIONAL EXHIBITS. | 4.00 | 600.00 | 2,400.00 |
| 9/09/21 | ML | | REVIEW/REVISION OF REVISING DECLARATION IN SUPPORT OF BILL OF COSTS. | .20 | 275.00 | 55.00 |
| 9/09/21 | ML | | REVIEW/REVISION OF REVISING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BILL OF COSTS. | .20 | 275.00 | 55.00 |
| 9/09/21 | ML | | REVIEW/REVISION OF REVISING DECLARATION IN SUPPORT OF BILL OF COSTS. | .30 | 275.00 | 82.50 |

<u>Buchalter</u>

ORANGE COUNTY

**W6334-4**     **TONNY WILLIAMSON AND JERRY SPOLAR**
**LIT - AMBRO COPYRIGHT INFRINGEMENT**

| Date | Timekeeper | WrkCd | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/09/21 | ML | | REVIEW/REVISION OF REVISING EXHIBITS IN SUPPORT OF BILL OF COSTS. | .40 | 275.00 | 110.00 |
| 9/09/21 | ML | | PREPARATION OF REVIEWING INVOICES IN SUPPORT OF EXHIBITS TO DECLARATION FOR BILL OF COSTS. | .50 | 275.00 | 137.50 |
| 9/09/21 | SC | | CONTINUED REVISION AND REDRAFT OF BILL OF COSTS, AND COMMUNICATE INSTRUCTIONS TO PARALEGALS AND BILLING ADMIN CLERK FOR FURTHER REVISIONS AND UPDATES TO INVOICE EXHIBITS SUPPORTING MOTION. | .80 | 600.00 | 480.00 |
| 9/10/21 | SC | | FURTHER ATTENTION TO REVISION AND REDRAFT OF MOTION FOR ATTORNEYS FEES AND COSTS, AND SUPPORTING DECLARATION; INSTRUCTIONS TO PARALEGAL AND LITIGATION CLERKS FOR PREPARATION OF SUPPORTING EXHIBITS, AND CASE LAW RESEARCH SUPPORTING REVISED MOTION AND DECLARATION. | 2.50 | 600.00 | 1,500.00 |
| 9/12/21 | WFH | | PREPARE MOTION FOR FEES AND BILL OF COSTS; PREPARE CORRESPONDENCE REGARDING SAME; CONDUCT RESEARCH REGARDING SAME. | 5.10 | 680.00 | 3,468.00 |
| 9/13/21 | SC | | INSTRUCTIONS TO PARALEGAL FOR CASE LAW RESEARCH, AND ANALYSIS OF CASES SUPPORTING, AND REVISION OF MOTION FOR ATTORNEYS FEES AND COSTS AND SUPPORTING DECLARATION, AND INSTRUCTIONS TO PARALEGAL AND BILLING CLERK FOR PREPARATION OF CORRECTIONS TO EXHIBITS SUPPORTING MOTION. | 6.50 | 600.00 | 3,900.00 |
| 9/13/21 | WFH | | CONTINUE TO PREPARE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS; CONDUCT RESEARCH REGARDING SAME; TELEPHONE CONFERENCE WITH S. CASEY REGARDING SAME; FINALIZE AND FILE SAME. | 3.70 | 680.00 | 2,516.00 |
| 9/21/21 | WFH | | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING BILL OF COSTS AND FEE MOTION; PREPARE RESPONSIVE CORRESPONDENCE. | .50 | 680.00 | 340.00 |
| 9/22/21 | WFH | | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING COSTS AND ATTORNEY FEES MOTION; TELEPHONE CONFERENCE WITH SEAN CASEY REGARDING SAME. | .50 | 680.00 | 340.00 |
| 9/29/21 | SC | | ATTENTION TO ANALYSIS OF OPPOSITIONS FILED BY DEFENDANTS, AND OUTLINE PROPOSED RESPONSES AND | | | |

<u>Buchalter</u>

**ORANGE COUNTY**
W6334-4 | **TONNY WILLIAMSON AND JERRY SPOLAR**
**LIT - AMBRO COPYRIGHT INFRINGEMENT**

| Date | Timekeeper | WrkCd | Description | Hours | Rate | Amount |
|------|-----------|-------|-------------|-------|------|--------|
| | | | COMMUNICATE INSTRUCTIONS TO ASSOCIATES FOR FURTHER ACTION. | .70 | 600.00 | 420.00 |
| 9/30/21 | FV | | LOCATE AND OBTAIN DOCUMENT FILED IN CENTRAL DISTRICT OF CALIFORNIA COURT CASE # 20-CV-08837 FOR M LOPEZ. | .10 | 95.00 | 9.50 |
| 9/30/21 | WFH | | REVIEW OPPOSITION TO BILL OF COSTS; CONDUCT RESEARCH REGARDING SAME; PREPARE MEMORANDUM IN RESPONSE TO OPPOSITION; FINALIZE AND FILE SAME. | 5.60 | 680.00 | 3,808.00 |
| 9/30/21 | ML | | RESEARCH REGARDING DEADLINE TO FILE REPLY IN SUPPORT OF BILL OF COSTS. | .40 | 275.00 | 110.00 |
| 9/30/21 | ML | | REVIEWING DEFENDANT'S OPPOSITION TO MOTION TO TAX COSTS. | .80 | 275.00 | 220.00 |
| 9/30/21 | ML | | DRAFTING REPLY IN SUPPORT OF MOTION TO TAX COSTS. | 7.50 | 275.00 | 2,062.50 |
| 9/30/21 | ML | | PERFORMING RESEARCH FOR REPLY IN SUPPORT OF MOTION TO TAX COSTS. | 2.50 | 275.00 | 687.50 |
| | | | | **69.90** | | **34,311.50** |

| Timekeepers | Class | Last Time | Hours | File Rate | Fees |
|-------------|-------|-----------|-------|-----------|------|
| SEAN CASEY | | 9/30/21 | 25.60 | 600.00 | 15,360.00 |
| WILLMORE F. HOLBROW | | 9/30/21 | 15.40 | 680.00 | 10,472.00 |
| MICHELLE LOPEZ | | 9/30/21 | 26.80 | 275.00 | 7,370.00 |
| ROGER SCOTT | | 9/30/21 | 2.00 | 550.00 | 1,100.00 |
| FLOR VELAZQUEZ | | 9/30/21 | .10 | 95.00 | 9.50 |
| | | | 69.90 | | 34,311.50 |

**Buchalter**
ORANGE COUNTY
W6334-4          TONNY WILLIAMSON AND JERRY SPOLAR
LIT - AMBRO COPYRIGHT INFRINGEMENT

| Date | Timekeeper | WrkCd | Description | Hours | Rate | Amount |
|------|-----------|-------|-------------|-------|------|--------|
| 10/04/21 | SC | | ANALYZE OPPOSITION & PREPARE DECLARATION & EXHIBITS | 1.50 | 600.00 | 900.00 |
| 10/03/21 | WFH | | ANALYZE OPPOSITION, CITED CASELAW & RESEARCH & PREPARE REPLY BRIEF | 4.50 | 680.00 | 3,060.00 |
| 10/04/21 | WFH | | ANALYZE SUPPORTING CASELAW, REVISE & REDRAFT REPLY BRIEF | 4.40 | 680.00 | 2,992.00 |
| 10/02/21 | ML | | ANALYZE OPPOSITION, CITED CASELAW, & RESEARCH ADDITIONAL CASELAW & PREPARE ANALYSIS & REPLY BRIEF | 2.00 | 275.00 | 550.00 |
| 10/03/21 | ML | | **CONTINUED RESEARCH OF CASELAW & PREPARE ANALYSIS & REVISE / REDRAFT REPLY BRIEF** | 7.50 | 275.00 | 2,062.50 |
| 10/04/21 | ML | | **CONDUCT ADDITIONAL RESEARCH OF CASELAW & PREPARE FURTHER REVISIONS OF REPLY BRIEF** | 7.50 | 275.00 | 2,062.50 |
| | | | | 27.40 | | 11,627.00 |

| Timekeepers | Last Time | Hours | File Rate | Fees |
|-------------|-----------|-------|-----------|------|
| SEAN CASEY | 10/04/21 | 1.50 | 600.00 | 900.00 |
| WILLMORE F. HOLBROW | 10/04/21 | 8.90 | 680.00 | 6,052.00 |
| MICHELLE LOPEZ | 10/04/21 | 17.00 | 275.00 | 4,675.00 |
| | | 27.40 | | 11,627.00 |