BUCHALTER, A Professional Corporation
WILLMORE F. HOLBROW III (SBN: 169688)
wholbrow@buchalter.com
MATTHEW L. SEROR (SBN: 235043)
mseror@buchalter.com
SEAN M. CASEY (SBN: 179641)
scasey@buchalter.com
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700

BUCHALTER, A Professional Corporation
DYLAN WISEMAN (SBN: 173669)
dwiseman@buchalter.com
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.3546
Attorneys for Plaintiffs JERRY A. SPOLAR
and TONNY JILL WILLIAMSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25, <br><br> Defendants. | Case No. 2-20-cv-08837 SVW (MAAx) <br><br> **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** <br><br> Complaint Filed: September 25, 2020 <br><br> Trial: Vacated |

-1-
ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT

TO THE HONORABLE COURT, ITS CLERK, AND TO DEFENDANTS AND
THEIR ATTORNEYS OF RECORD HEREIN:

WHEREAS, on January 19, 2021 Jerry A. Spolar and Tonny Jill Williamson
("Plaintiffs") filed a First Amended Complaint against Unrealistic Ideas, LLC,
Piece of Work Productions, LLC, Whitny Braun, James Braun and Archie Gips
(collectively "Defendants") asserting the following causes of action: Breach of
Non-Disclosure Agreements; Breach of Contract-Artist Holding Agreement;
Breach of Implied in Fact Contract; Fraud; Unfair Competition; and Unjust
Enrichment ("Causes of Action").

WHEREAS, on August 30, 2021, Judgment was entered against Defendants,
confirming the liability of the Defendants jointly and severally, with respect to the
Causes of Action, and ordering the payment in the amount of $75,000 plus costs
and attorneys' fees, as allowed by law.

WHEREAS, on October 15, 2021, the Court entered an Order against the
Defendants Granting Plaintiff's Motion for Attorneys' fees in the amount of
$61,650.25.

WHEREAS, on or about November 12, 2021, Defendants agreed to pay
Plaintiff's costs in the amount of $4,400.

PLEASE TAKE NOTICE that Plaintiffs hereby acknowledge that the Judgment in
this Action has been satisfied as follows:

The Judgment amount and other payments have been satisfied in full.

Full name and address of judgment creditors:

ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT

1)    **Jerry A. Spolar**

c/o Sean Casey

BUCHALTER, A Professional Corporation

1000 Wilshire Blvd., Suite 1500

Los Angeles, CA 90017

2)    **Tonny Jill Williamson**

c/o Sean Casey

BUCHALTER, A Professional Corporation

1000 Wilshire Blvd., Suite 1500

Los Angeles, CA 90017

Full name and address of assignee of record, if any: Not applicable.

Full name and address of judgment debtors:

1)    **Unrealistic Ideas, LLC**

c/o Michael K. Hagemann

M.K. HAGEMANN, P.C.

1801 Century Park East, Suite 2400

Century City, CA 90067

2)    **Piece of Work Productions, LLC**

c/o Michael K. Hagemann

M.K. HAGEMANN, P.C.

1801 Century Park East, Suite 2400

Century City, CA 90067

3)    **Archie Gips**

c/o Michael K. Hagemann

M.K. HAGEMANN, P.C.

1801 Century Park East, Suite 2400

Century City, CA 90067

-3-

ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT

4)   **Whitny Braun**

c/o Michael K. Hagemann

M.K. HAGEMANN, P.C.

1801 Century Park East, Suite 2400

Century City, CA 90067

5)   **James Braun**

c/o Michael K. Hagemann

M.K. HAGEMANN, P.C.

1801 Century Park East, Suite 2400

Century City, CA 90067

Judgment entered on: August 30, 2021 [75]. There have been no renewals of the judgment.

An abstract of judgment has <u>not</u> been recorded in any county.

A notice of judgment lien has <u>not</u> been filed in the office of the Secretary of State.

DATED: December 20, 2021

By:   _/s/Willmore F. Holbrow III_____
                    Willmore F. Holbrow III
                    Sean M. Casey
                    Attorneys for Plaintiffs

-4-
ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT